# Third District Court of Appeal
## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-256
Lower Tribunal No. F92-3649

————————

**Joseph White,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Joseph White, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.